IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SWIFT BEEF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV466 |
| | ) | |
| v. | ) | |
| | ) | |
| IC TECH SALES, INC., WAM, | ) | ORDER |
| INC., and WAM USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| IC TECH SALES, INC., | ) | |
| | ) | |
| Cross-claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAM, INC., and WAM USA, INC., | ) | |
| | ) | |
| Cross-claim Defendants. | ) | |
| _____ | ) | |

This matter is before the Court to establish a schedule for defendants to challenge jurisdiction in this matter. Accordingly,

IT IS ORDERED that defendants shall have until January 22, 2007, to file a motion challenging jurisdiction in this matter.

DATED this 5th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court