IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SWIFT BEEF COMPANY,            )
                               )
           Plaintiff,          )       8:06CV466
                               )
     v.                        )
                               )
IC TECH SALES, INC., WAM,      )       ORDER
INC., and WAM USA, INC.,       )
                               )
           Defendants.         )
_____)
IC TECH SALES, INC.,           )
                               )
   Cross-claim Plaintiff,      )
                               )
     v.                        )
                               )
WAM, INC., and WAM USA, INC.,  )
                               )
   Cross-claim Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion to strike amended answer to complaint (Filing No. 28), and the motion to withdraw its motion to strike (Filing No. 31), as well as defendants/cross-claim defendants' motion to amend their answers (Filing No. 29). The Court finds said motions should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to withdraw its motion to strike is granted; the motion to strike is deemed withdrawn.

2) Defendants/cross-claim defendants' motions to amend their answers is granted; the answers previously filed on January 18, 2007 (Filing Nos. 26 and 27) are deemed filed.

DATED this 30th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court