IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SWIFT BEEF COMPANY,            )
                               )
          Plaintiff,           )         8:06CV466
                               )
     v.                        )
                               )
IC TECH SALES, INC., WAM,      )         ORDER
INC., and WAM USA, INC.,       )
                               )
          Defendants.          )
_____)
IC TECH SALES, INC.,           )
                               )
   Cross-claim Plaintiff,      )
                               )
     v.                        )
                               )
WAM, INC., and WAM USA, INC.,  )
                               )
   Cross-claim Defendants.     )
_____)
```

This matter is before the Court on the stipulated motion to extend deadlines (Filing No. 102). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED:

1) Swift's expert reports are due October 15, 2007;

2) Defendants' responsive expert reports are due October 29, 2007;

3) Rebuttal reports, if applicable, are due November 13, 2007;

4) Discovery deadline is December 14, 2007;

5) *Daubert* motions shall be filed on or before December 3, 2007;

6) Summary judgment motions are to be filed on ro before December 21, 2007.

7) All other terms of the final progression order remain in full force and effect.

DATED this 16th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court