IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SWIFT BEEF COMPANY, ) | | |
| ) | | |
| Plaintiff, ) | | 8:06CV466 |
| ) | | |
| v. ) | | |
| ) | | |
| IC TECH SALES, INC., WAM, ) | | ORDER |
| INC., and WAM USA, INC., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |
| IC TECH SALES, INC., ) | | |
| ) | | |
| Cross-claim Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| WAM, INC., and WAM USA, INC., ) | | |
| ) | | |
| Cross-claim Defendants. ) | | |
| _____) | | |

    This matter is before the Court on plaintiff's motion to strike Exhibit 1 to plaintiff's notice of service of expert witness report (Filing No. 106).  The Court finds said motion should be granted.  Accordingly,

    IT IS ORDERED that plaintiff's motion to strike is granted.  The clerk shall strike said exhibit from the record.

    DATED this 16th day of October, 2007.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                  _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court