IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| SWIFT BEEF COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IC TECH SALES, INC., WAM, ) <br> INC., and WAM USA, INC., ) <br> ) <br> Defendants. ) <br> _____) <br> IC TECH SALES, INC., ) <br> ) <br> Cross-claim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAM, INC., and WAM USA, INC., ) <br> ) <br> Cross-claim Defendants. ) <br> _____) | 8:06CV466 <br><br> ORDER |

This matter is before the Court on the stipulated motion to extend deadline for *Daubert* motion (Filing No. 111). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. The parties shall have until January 11, 2008, to file *Daubert* motions.

DATED this 7th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court