IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| SWIFT BEEF COMPANY, ) | |
| ) | |
| Plaintiff, ) | 8:06CV466 |
| ) | |
| v. ) | |
| ) | |
| IC TECH SALES, INC., WAM, ) | ORDER |
| INC., and WAM USA, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| IC TECH SALES, INC., ) | |
| ) | |
| Cross-claim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAM, INC., and WAM USA, INC., ) | |
| ) | |
| Cross-claim Defendants. ) | |
| _____) | |

This matter is before the Court on a Rule 56 motion for
summary judgment filed by defendants/cross-claim defendants WAM,
Inc. and WAM USA, Inc. (Filing No. 87). WAM, Inc. and WAM USA,
Inc. claim there is no entity by the name of WAM, Inc. and,
therefore, it should be dismissed as a party. The Swift Beef
Company and IC Tech Sales, Inc., oppose this motion, arguing that
WAM USA, Inc. has held itself out to the public by the name of
WAM, Inc. Having reviewed the motions, the parties' briefs and
evidentiary submissions, and the applicable law, the Court finds
there are material issues of fact precluding summary judgment and
the motion should be denied. Accordingly,

IT IS ORDERED the WAM, Inc. and WAM USA, Inc.'s motion for summary judgment (Filing No. 87) is denied.

DATED this 15th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court