IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SWIFT BEEF COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV466 |
| | ) | |
| v. | ) | |
| | ) | |
| IC TECH SALES, INC., WAM, | ) | ORDER |
| INC., and WAM USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| IC TECH SALES, INC., | ) | |
| | ) | |
| Cross-claim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAM, INC., and WAM USA, INC., | ) | |
| | ) | |
| Cross-claim Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on a motion to withdraw as counsel of record for defendant and cross-claim plaintiff, IC Tech Sales, Inc. (Filing No. 128). Plaintiff Swift Beef Company opposes this motion, arguing correctly that a corporation must be represented in court by an attorney admitted to practice law (Filing No. 129). IC Tech Sales, Inc. has advised the Court that it does not intend to present a defense in this matter (Filing No. 135). Accordingly, the motion to withdraw as counsel of record will be granted. IC Tech Sales, Inc. will have ten (10) days from the date of this order to obtain counsel and enter a notice of appearance of that counsel, absent which the Court will

enter a default judgment against IC Tech Sales, Inc. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as counsel of record for defendant and cross-claim plaintiff, IC Tech Sales, Inc. (Filing No. 128) is granted; Bryan W. Smith and Scott A. Grosskreutz of the law firm of Cavanaugh, Smith & Lemon, P.A. are deemed withdrawn.

2) IC Tech Sales, Inc. has ten (10) days from the date of this order to obtain counsel and enter a notice of appearance of that counsel, absent which the Court will enter a default judgment against IC Tech Sales, Inc.

DATED this 29th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court