IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

SWIFT BEEF COMPANY,               )
                                  )
              Plaintiff,          )          8:06CV466
                                  )
        v.                        )
                                  )
IC TECH SALES, INC., WAM,         )          ORDER
INC., and WAM USA, INC.,          )
                                  )
              Defendants.         )
_____ )
IC TECH SALES, INC.,              )
                                  )
     Cross-claim Plaintiff,       )
                                  )
        v.                        )
                                  )
WAM, INC., and WAM USA, INC.,     )
                                  )
     Cross-claim Defendants.      )
_____ )


        This matter is before the Court on plaintiff's motion
to dismiss with prejudice (Filing No. 141).  The Court finds the
motion should be granted.  Accordingly,

        IT IS ORDERED that said motion is granted; this action
is dismissed with prejudice.

        DATED this 2nd day of April, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court